NUMBERS
13-10-00460-CV AND 13-10-00461-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

LUIS GUERRERO,                                                                          Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                  Appellee.


____________________________________________________________

 

                              On
Appeal from the 24th District Court 

                                         of
Goliad County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Luis Guerrero, filed appeals from judgments entered by the 24th District Court
of Goliad County, Texas, in cause numbers 08-11-4453-CR
and 08-11-4454-CR.  Appellant has filed a motion to dismiss the appeals and requests
that this Court dismiss the appeals.

The
Court, having considered the documents on file and appellant’s motion to
dismiss the appeals, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellant’s motion to dismiss is granted, and the appeals are hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeals at appellant’s request, no
motions for rehearing will be entertained, and our mandates will issue
forthwith.

 

PER
CURIAM

Delivered and filed 

the 14th day of April, 2011.